# PD-0199-15

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

LUIS RODOLFO LOPEZ,
            APPELLANT

VS

STATE OF TEXAS,
            APPELLEE

§
§
§
§
§
§
§
§

APPEAL NO. 05-13-01137-CR

FILED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

## MOTION FOR AN EXTENSION OF TIME

COMES NOW, Luis Rodolfo Lopez, the Appellant herein, and timely request a 45 day extension of time to prepare and file a Petition for Discretionary Review. In support thereof, Appellant would show:

### I

On February 12, 2015, Appellant received a copy of the February 2, 2015, Court Opinion delivered by the Dallas Court of appeals at the prison mail room.

### II

Appellant is proceeding pro se and will require all tne time he can muster in preparing his Petition in the Prison Law Library.

Appellant prays the Court will grant him at least 45 days preparation and filing time.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 19 2015

Abel Acosta, Clerk

Luis Rodolfo López

Luis Rodolfo Lopez, #1874821
Polunsky Unit
3872 Fm 350 South
Livingston, Texas        77351